# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGZHOU WAQIAO WEIYA ELECTRONIC COMMERCE CO., LTD. d/b/a "WAQIAO DIRECT,"<br><br>Plaintiff,<br><br>v.<br><br>SIMPLISMART LLC,<br><br>Defendant. | C.A. No. 26-834-CFC |

## ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY

On this 13th day of October, 2026, having considered Plaintiff's Unopposed Motion to Stay and Notice of Settlement in Principle, IT IS HEREBY ORDERED that the Motion is GRANTED. All deadlines in this action are STAYED through and including October 22, 2026, including Plaintiff's deadline to effect service of the Summons and Complaint on Defendant SimpliSmart LLC pursuant to Federal Rule of Civil Procedure 4(m).

Colm F. Connolly

Judge Colm F. Connolly
United States District Judge